RECEIVED

APR 2 6 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

ADAM MARTIGNETTI

Criminal No. 17-105(PGS)

SCHEDULING ORDER

This matter having come before the Court for arraignment; and the United States being represented by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Cari Fais, Assistant U.S. Attorney, appearing); and the Defendant being represented by Michael A. Armstrong, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 26 day of April, 2017, ORDERED that:

1. The Government shall provide any oral, written or recorded statement of the Defendant or, in the case of an organizational defendant, of any person who is legally able to bind the Defendant because of that person's position as a director, officer, employee or agent of the Defendant on or before May 15, 2017.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before June 12, 2017. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 10, 2017.

4. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 24, 2017.

5. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 24, 2017.

6. A status conference shall be held on July 31, 2017 at 10:30 a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

*[signature]*
Honorable Peter G. Sheridan
United States District Judge